IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SOUTHERN POLYMER, INC.,

    Plaintiff,

    v.

MASTER EXTRUSION, LLC,

    Defendant.

15cv1696
**ELECTRONICALLY FILED**

### Order of Court

And now, this 30th day of March, 2016, for the reasons set forth in the Accompanying Memorandum Opinion, Defendant's 12(b)(2) and 12(b)(3) Motion to Dismiss (Doc. No. 25) is **GRANTED.** Defendant's (alternative) request to transfer venue is **DENIED AS MOOT**. The Clerk shall mark the docket closed**.**

                        s/Arthur J. Schwab
                        Arthur J. Schwab
                        United States District Judge

cc:    All Registered ECF Counsel and Parties